UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GILBERT E. MORALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:24-cv-07680-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 21), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $6,000.00 under 28 U.S.C. § 2412(d), costs of $400.00 under 29 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: March 26, 2025

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　United States Magistrate Judge